William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

 JUDGMENT AFFIRMED. Rule 84.-16(b).

---

**William L. JOHNSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40755.**

Missouri Court of Appeals, Western District.

Nov. 22, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 27, 1988.

William L. Johnson, Moberly, pro se.

William L. Webster, Atty. Gen., William J. Swift, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and NUGENT, JJ.

### ORDER

PER CURIAM:

Appeal from denial, without evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

---

**STATE of Missouri, Respondent,**

v.

**Wonel Keith BROWN, Appellant.**

**No. 53865.**

Missouri Court of Appeals, Eastern District, Division Three.

Nov. 22, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 20, 1988.

